J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant*
SANTANDER CONSUMER USA INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. RICKEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE INC.; SANTANDER CONSUMER USA; SYNCHRONY LENDING INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC;<br><br>　　　　Defendants. | Case No.: 2:17-cv-02333-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SANTANDER CONSUMER USA INC.** |

Plaintiff, David C. Rickey ("Plaintiff"), and Defendant, Santander Consumer USA, Inc. ("Santander") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Santander, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Santander, with Plaintiff and Santander bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: September 25, 2017 | Dated: September 25, 2017 |
| **HAINES & KRIEGER, LLC** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| */s/ David H. Krieger*<br>David H. Krieger<br>8985 S. Eastern Ave., #350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com | */s/ J Christopher Jorgensen*<br>J Christopher Jorgensen<br>3993 Howard Hughes Parkway, #600<br>Las Vegas, Nevada 89169<br>*cjorgensen@lrrc.com* |
| *Attorney for Plaintiff David C. Rickey* | *Attorneys for Defendant Santander Consumer USA, Inc.* |

102427899_1

# ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SANTANDER CONSUMER USA, INC. WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), Santander is dismissed with prejudice. Plaintiff and Santander will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of September. 2017.

102427899_1