David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DAVID C. RICKEY*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. RICKEY, | ) Case No. 2:17-cv-02333-RFB-NJK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION AND ORDER** |
| | ) **DISMISSING ACTION WITH** |
| CITIMORTGAGE INC; | ) **PREJUDICE AS TO TRANS** |
| SANTANDER CONSUMER USA; | ) **UNION, LLC ONLY** |
| SYNCHRONY LENDING INC; | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC; TRANS UNION, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

Plaintiff DAVID C. RICKEY and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

　　　Dated:　　　　　November 2, 2017

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Jason Revzin, Esq.<br>Jason Revzin, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd.<br>Suite 600<br>Las Vegas, NV 89118<br>*Attorney for Defendant  TRANS UNION, LLC* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this  6th day of November, 2017.